PDF Complete

Click Here & Upgrade
Expanded Features
Unlimited Pages

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CAROL ALCOMBRIGHT, Individually, and
CAROL ALCOMBRIGHT, as Executrix of the Estate of
RALPH ALCOMBRIGHT,

Plaintiffs,

-vs-

TRUMP TAJ MAHAL ASSOCIATES, a New Jersey General
Partnership, d/b/a TRUMP TAJ MAHAL CASINO RESORT,
TRUMP HOTELS & CASINO RESORTS, INC., and OTIS
ELEVATOR COMPANY,

Defendants.

**ORDER OF
VOLUNTARY
DISCONTINUANCE**

Docket No. 1:04-cv-850
GLS/DRH

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is discontinued on the merits and with prejudice without costs to any of the parties as

against the others. This stipulation may be signed in counterpart and may be filed without

further notice with the Clerk of the Court.

DATED:    October 23, 2006
          Saratoga Springs, New York

DeGRAFF, FOY, KUNZ & DEVINE, LLP

By:___/s/ Matthew L. Chivers_____
          Matthew L. Chivers, Esq.
          Attorney Bar Roll No. 602074
          Attorneys for Plaintiffs
          47 West Harrison Street,
          Saratoga Springs, New York 12866
          (518) 581-3200

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete

BY: _____
Mark R. Sonders, Esq.
Attorney Bar Roll No. 102645
Hiscock Barclay
Attorneys for Otis Elevator Company
50 Beaver Street
Albany, New York 12207-2830
(518) 434-2163

BY: _____
David H. Arntsen, Esq.
Attorney Bar Roll No. DA7472
Gallagher, Gosseen, Faller & Crowley
1010 Franklin Avenue, Suite 400
Garden City, New York 11530-2927
(516) 742-2516

SO ORDERED

_____
Hon. David R. Homer
U.S. Magistrate

2

BY: _____

Mark R. Sonders, Esq.
Attorney Bar Roll No. 102645
Hiscock Barclay
Attorneys for Otis Elevator Company
50 Beaver Street
Albany, New York 12207-2830
(518) 434-2163


BY: _____

David H. Arntsen, Esq.
Attorney Bar Roll No. DA7472
Gallagher, Gosseen, Faller & Crowley
1010 Franklin Avenue, Suite 400
Garden City, New York 11530-2927
(516) 742-2516


SO ORDERED

_____

Hon. David R. Homer
U.S. Magistrate     10/26/06

2